# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1431

_____

JOEL ELLIOTT,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

June 19, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Joel Elliot, pro se, Appellant.

Ashley Moody, Attorney General, and Brian Ronald Flynn-Fallon, Assistant Attorney General, Tallahassee; Dan Johnson, General Counsel, Department of Corrections, Tallahassee, for Appellee.